UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| AMELIA REYNOLDS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONCORDIA UNIVERSITY, ST. PAUL,<br><br>Defendant. | Case No. 0:21-cv-2560 (JWB/DTS)<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

Pursuant to Fed. R. Civ. P. 23(e), Plaintiff Amelia Reynolds ("Plaintiff"), on behalf of herself and the Class, respectfully moves this Court to enter an Order Granting Final Approval of Class Action Settlement. Specifically, Plaintiff seeks the following relief:

1. Granting final certification of the proposed Settlement Class;

2. Granting final approval of the proposed Settlement;

3. Finding that notice has been conducted in accordance with the Court-approved notice plan and due process; and

4. Dismissing with prejudice Plaintiff's and Class Members' claims against Concordia.

Per Local Rule 7.1(a), Plaintiff consulted with Defendant before filing this Motion and determined that this Motion is unopposed. The grounds for the Court's potential granting of this unopposed Motion are included in the accompanying Memorandum of Law in Support of Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement,

1

the Declaration of Christopher P. Renz in Support of Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement, and the Declaration of Settlement Administrator Regarding Notice.

                                Respectfully Submitted,

Dated: April 17, 2024            *s/ Christopher P. Renz*_____
                                Bryan L. Bleichner (MN 0326689)
                                Jeffrey D. Bores (MN 227699)
                                Christopher P. Renz (MN 0313415)
                                CHESTNUT CAMBRONNE PA
                                100 Washington Avenue South, Suite 1700
                                Minneapolis, MN 55401
                                Telephone: (612) 339-7300
                                *bbleichner@chestnutcambronne.com*
                                *jbores@chestnutcambronne.com*
                                *crenz@chestnutcambronne.com*

                                Joseph M. Lyon (*pro hac vice*)
                                THE LYON FIRM
                                2754 Erie Avenue
                                Cincinnati, OH 45208
                                Phone: (513) 381-2333
                                *jlyon@thelyonfirm.com*

                                Terence R. Coates (*pro hac vice*)
                                W. B. Markovits (*pro hac vice*)
                                Dylan J. Gould (*pro hac vice*)
                                MARKOVITS, STOCK & DEMARCO, LLC
                                119 E. Court Street, Suite 530
                                Cincinnati, OH 45202
                                Phone: (513) 651-3700
                                *tcoates@msdlegal.com*
                                *bmarkovits@msdlegal.com*
                                *dgould@msdlegal.com*

                                *Counsel for Plaintiff and the Class*